PER CURIAM. Judgment unanimously affirmed, with costs.

SEWELL, J., not sitting.

---

LAWSON, Respondent, v. BROOKLYN TAXICAB CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Casper N. Lawson against the Brooklyn Taxicab Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LEASK et al., Respondents, v. McCARTY, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by George Leask and others against Mary E. McCarty. J. Gillin, for appellant. J. H. Dougherty, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 130 App. Div. 877, 114 N. Y. Supp. 1133.

---

LEE et al., Appellants, v. CHILDS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Cornelia Lee and others, as commissioners, etc.

PER CURIAM. Motion granted to amend decision entered November 18, 1910 (140 App. Div. 699, 125 N. Y. Supp. 571), by adding to the end thereof the words, "but without prejudice to further proceedings at law on the part of the plaintiffs to enforce their claim," and the judgment entered on said decision amended by striking therefrom the words "in all respects," and adding thereto the words above stated.

---

LESSER v. LYONS et al. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Joseph M. Lesser, trustee, against Anabel Lyons and others. Plaintiff appealed. Application denied. See, also, 125 N. Y. Supp. 1128.

PER CURIAM. The revival of this action and substitution of the administratrix in place of Mrs. Lyons seems to render this order unnecessary. The action can now proceed, so that it can be finally disposed of. Application denied.

---

In re LEVINE. (Supreme Court, Appellate Division, First Department. February 17, 1911.) In the matter of Israel Levine. No opinion. Reference ordered to official referee.

---

LEVINE, Appellant, v. MURRAY, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Philip Levine against Edward R. Murray. D. J. Gladstone, for appellant. M. W. Solomon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LEVY, Respondent, v. SALAWAY, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Charles H. Levy against Samuel Salaway. No opinion. Motion for stay denied, with $10 costs.

---

LEVY, Respondent, v. SPIEGEL, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Emily D. Levy, against Louis Spiegel. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LEWIS, Respondent, v. DU BOIS, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by George B. Lewis against John E. Du Bois. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 126 App. Div. 514, 110 N. Y. Supp. 337.

---

LIPSCHITZ, Respondent, v. KOEPPEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Pearl Lipschitz, as administratrix, etc., of Morris Lipschitz, deceased, against John Koeppel and another. No opinion. Judgment and order unanimously affirmed by default, with costs.

---

LIPSCHITZ, Respondent, v. KOEPPEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Pearl Lipschitz, as administratrix, etc., of Morris Lipschitz, against John Koeppel and another. No opinion. Motion granted, on condition that the appellants pay $10 costs, and that the case be set down for March 7th for argument.

---

LOCKHART, Respondent, v. HAMLIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Cassius A. Lockhart against William Hamlin.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that the plaintiff was not entitled to recover upon quantum meruit under the allegations in his complaint. See 190 N. Y. 132, 82 N. E. 1094.

---

LOEFFLER, Respondent, v. RUSS, Appellant. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by Ernst Loeffler against Matthew Russ. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

LOVE, Appellant, v. WEEKS, Respondent. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by William L. Love against Archibald C. Weeks. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LUFFMAN, Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Ella Luffman, as administratrix, etc., against the Hudson River Telephone Company.